# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

## I. (a) PLAINTIFFS

**UNITED STATES OF AMERICA**

**DEFENDANTS** Two African Elephant (Loxodanta Africana) Ivory Tusks

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Sarah Devlin, Assistant U.S. Attorney - (973) 645-2740, United States Attorney's Office, 970 Broad St., Suite 700, Newark, New Jersey 07102

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE "X" IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[] 2 U.S. Government Defendant
[] 3 Federal Question (U.S. Government Not a Party)
[] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | []1 | []1 | Incorporated or Principal Place | []4 | []4 |
| Citizen of Another State | []2 | []2 | Incorporated and Principal Place of Business in Another State | []5 | []5 |
| Citizen or Subject of a Foreign Cntry | []3 | []3 | Foreign Nation | []6 | []6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

16 U.S.C. § 1540(e)(4); 16 U.S.C. § 4224(e); 19 U.S.C. § 1595(a)(C)(2)(B)

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| [] 110 Insurance<br>[] 120 Marine<br>[] 130 Miller Act<br>[] 140 Negotiable Instrument<br>[] 150 Recovery of Overpayment & Enforcement of Judgment<br>[] 151 Medicare Act<br>[] 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>[] 153 Recovery of Overpayment at Veteran's Benefits<br>[] 160 Stockholders' Suits<br>[] 190 Other Contract<br>[] 195 Contract Product Liability | **PERSONAL INJURY**<br>[] 310 Airplane<br>[] 315 Airplane Product Liability<br>[] 320 Assault, Libel & Slander<br>[] 330 Federal Employers' Liability<br>[] 340 Marine<br>[] 345 Marine Product Liability<br>[] 350 Motor Vehicle<br>[] 355 Motor Vehicle Product Liability<br>[] 360 Other Personal Injury | **PERSONAL INJURY**<br>[] 362 Personal Injury Med. Malpractice<br>[] 365 Personal Injury Product Liability<br>[] 368 Asbestos Personal Injury Prod. Liab.<br>**PERSONAL PROPERTY**<br>[] 370 Other Fraud<br>[] 371 Truth in Lending<br>[] 380 Other Personal Property Damage<br>[] 385 Property Damage Prod. Product Liability | [] 610 Agriculture<br>[] 620 Other Food & Drug<br>[] 625 Drug Related Seizure at Property 21 U.S.C. 881<br>[] 630 Liquor Laws<br>[] 640 R.R. & Truck<br>[] 650 Airline Regs.<br>[] 660 Occupational Safety/Health<br>[x] 690 Other | [] 422 Appeal 28 U.S.C. 158<br>[] 423 Withdrawal 28 U.S.C. 157<br>**PROPERTY RIGHTS**<br>[] 820 Copyrights<br>[] 830 Patent<br>[] 840 Trademark | [] 400 State Reapportionment<br>[] 410 Antitrust<br>[] 430 Banks and Banking<br>[] 450 Commerce/ICC Rates/etc<br>[] 460 Deportation<br>[] 470 Racketeer Influenced Corrupt Organizations<br>[] 810 Selective Service<br>[] 850 Securities/Commodities/ Exchange<br>[] 875 Customer Challenge 12 U.S.C. 3140 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITION** | **LABOR** | **SOCIAL SECURITY** | [] 891 Agricultural Acts<br>[] 892 Economic Stabilization Act<br>[] 893 Environmental Matters<br>[] 894 Energy Allocation Act<br>[] 895 Freedom of Information Act |
| [] 210 Land Condemnation<br>[] 220 Foreclosure<br>[] 230 Rent Lease & Ejectment<br>[] 240 Torts to Land<br>[] 290 All Other Real Property | [] 441 Voting<br>[] 442 Employment<br>[] 443 Housing/Accommodations<br>[] 444 Welfare<br>[] 440 Other Civil Rights | [] 510 Motions to Vacate Sentence Habeas Corpus:<br>[] 530 General<br>[] 535 Death Penalty<br>[] 540 Mandamus & Other<br>[] 550 Other (including 1983 Actions) | [] 710 Fair Labor Standards Act<br>[] 720 Labor/Mgmt. Relations<br>[] 730 Labor/Mgmt. Reporting & Disclosure Act<br>[] 740 Railway Labor Act<br>[] 790 Other Labor Litigation<br>[] 791 Empl. Ret. Inc. Security Act | [] 861 HIA (1395ff)<br>[] 862 Black Lung(923)<br>[] 863 DIWC/DIWW (405(g))<br>[] 864 SSID Title XVI<br>[] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[] 870 Taxes (U.S. Plaintiff or Defendant)<br>[] 871 IRS - Third Party 26 U.S.C. 7609 | [] 900 Appeal of Fee Determ. Under Equal Access to Justice<br>[] 950 Constitutionality of State Statutes<br>[] 890 Other Statutory Actions |

## VI. ORIGIN
[x] 1 Original Proceeding
[] 2 Removed from State Court
[] 3 Remanded from Appellate Court
[] 4 Reinstated or Reopened
[] 5 Transferred from another district (specify)
[] 6 Multidistrict Litigation
[] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
[] UNDER F.R.C.P. 23

**DEMAND** $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   [] YES   [] NO

## VII. RELATED CASE(S) (See instructions)
Criminal case number: _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| October 19, 2020 | /s/ *Sarah Devlin* |
| | Sarah Devlin, Assistant United States Attorney |